IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE SPITTAL,

        Plaintiffs,                No. CIV S-05-2042 FDC GGH PS

    vs.

APEL, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff Spittal has scheduled for June 16, 2006 a "Notice of Hearing on Motion to remove Hollow[s] from the Action; to vacate his order; and/or to order an Evidentiary Hearing on the Facts Hollow[s] used to slur Mr. Spittal and to subject Spittal to a Criminal Penalty: ie to Establish a Fund to Reward Pott/Telford for Lying to the Court." Unless construed as a belated opposition to entry of a vexatious litigant order, the motion is made contrary to the provisions of Local Rule 72-302(c)(21). Moreover, since no declaration was filed, the court assumes that the motion to recuse was made pursuant to 28 U.S.C. § 455. Such a motion is properly heard first by the judge for whom recusal is sought.

\\\\\

\\\\\

\\\\\

1

1 | Accordingly, the June 16, 2006 hearing date is vacated. The filing will be
2 | construed as an opposition to the entry of a vexatious litigant order and a request for the
3 | undersigned to be recused.
4 | DATED: 4/5/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
spittal2042.ord