IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE SPITTAL,

        Plaintiffs,                         No. CIV S-05-2042 FDC GGH PS

    vs.

APEL, et al.,

        Defendants.                 <u>ORDER</u>

_____/

        The undersigned has reviewed plaintiff's several filings in opposition to entry of a vexatious litigant order. The filings further prove the point of the March 24, 2006 order to show cause why a vexatious litigant order should not be entered. Plaintiff continues his diatribe concerning how all judges and lawyers and parties in his various cases have lied, slandered and worse. Plaintiff demonstrates that he is very likely to continue being a vexatious litigant as defined in the March 24 order.

        ACCORDINGLY, after consideration of plaintiff's opposition filings and defendants' response thereto, the court orders as follows:

        1. With the exception of *one* document clearly entitled "Request for Reconsideration of Magistrate Judge Order," and until further order of the court issues, **the Clerk shall accept no further filings from plaintiff in this case unless and until he posts a**

1

**vexatious litigant bond in the amount of $10,000.00**;

2. All presently pending motions, requests etc. are stricken;

3. If plaintiff does not post the required bond within thirty days of today's date, and no intervening order is issued, the undersigned will recommend that this action be dismissed with prejudice and a further pre-filing vexatious litigant order be entered;

4. Should plaintiff timely file the bond, further orders will issue concerning prosecution of the case;

5. Continued attempted filings in violation of this order may subject plaintiff to contempt of court penalties.

IT IS SO ORDERED.

DATED: 4/12/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
spittal2042.vex